## THE F. MANSFIELD & SONS CO., INC.
*vs.*
## RAYMOND PAUSCH ET UX.

Superior Court  New Haven County  File No. 59073

MEMORANDUM FILED JULY 16, 1940.

*Watrous, Hewitt, Gumbart & Corbin,* of New Haven, for the Plaintiff.

*Slade, Slade & Slade,* of New Haven, for the Defendants.

QUINLAN, J. The demurrer to a lone paragraph, viz., paragraph 6, which does not of itself attempt to state a cause of action, is improperly pleaded. Practice Book (1934) §97.

So far as the demurrer to the prayer for relief is concerned, the more specific statement in conjunction with paragraph 6 adequately states a cause upon which such relief could be predicated. See, however, form 249 in connection with form 250, Practice Book (1934) pp. 215, 216.

In its present form, as to subdivision I of the demurrer, and at the present time, in view of such allegations as do appear as to subdivision II, the demurrer is overruled.